**Appeals Dismissed and Memorandum Opinion filed November 26, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00608-CV
### NO. 14-19-00609-CV

---

## SCOT CARTER, Appellant

## V.

## DELL B. EVERETT AND KELLEY EVERETT, Appellees

---

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 2013-74753 and 2018-06658**

---

## M E M O R A N D U M   O P I N I O N

The reporter's record has not been filed. On August 29, 2019, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant provided this court with proof that he had paid or made arrangements to pay for the record. Such proof was due by September 13, 2019. Appellant did not file such proof or other response.

On October 1, 2019, we ordered appellant to file a brief by October 31, 2019.

We cautioned that we would dismiss the appeals for want of prosecution if no brief was filed. *See* Tex. R. App. P. 42.3(b). No brief has been filed.

Accordingly, the appeals are dismissed.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.